UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:21-cv-09518-ODW (PDx) | Date | February 1, 2022 |
|---|---|---|---|
| Title | *Nathalia Romero v. Nissan North America, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On January 31, 2022, Plaintiff filed a declaration updating the Court on the status of settlement. (Decl. Long Cao, ECF No. 25.) Counsel declares that the parties have reached a settlement in principle. (*Id.* ¶ 8.) Counsel further declares that "[n]o additional work needs to be done" and that Plaintiff anticipates filing a Notice of Settlement "in the upcoming weeks." (*Id.* ¶ 9.) In light of this information indicating that the case has settled, this action is placed on inactive status. Plaintiff's Motion to Remand is **DENIED AS MOOT**. (ECF No. 20.) The scheduling conference is **VACATED**. All other dates and deadlines in this action are **VACATED** and taken off calendar.

By **March 29, 2022**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to comply with this Order may be deemed consent to dismissal of the action.

**IT IS SO ORDERED.**

                                                                : 00

Initials of Preparer    SE